UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>        Plaintiff,<br>   v.<br>EZAHNA EVANS,<br>        Defendant. | Case No. 17-cr-00046-SI-1<br><br>**ORDER RE: STATUS REPORT**<br>Re: Dkt. No. 51 |

The parties appeared in this matter on June 9, 2017, with regard to San Francisco Police Department's ("SFPD's") third-party motion to quash defendant's subpoena for records. At the hearing, the parties requested a one-month continuance, during which time they expected to meet and confer in an effort to resolve SFPD's pending motion.

This matter is set for July 13, 2017, and nothing further has been filed with respect to the pending motion to quash. The parties are hereby ORDERED to file a short status report regarding SFPD's motion to quash **on or before Wednesday, July 12, 2017**. To the extent the parties have not resolved SFPD's motion, SFPD is further ORDERED to provide the Court with proposed modified language for the subpoena that would satisfy SFPD's overbreadth objection.

**IT IS SO ORDERED**.

Dated: July 10, 2017

_____
SUSAN ILLSTON
United States District Judge